# WADE ROSEBORO v. COMMISSIONER OF CORRECTION
## (AC 24575)

Lavery, C. J., and Foti and West, Js.

Submitted on briefs October 27—officially released November 16, 2004

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

901

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the dismissal of the habeas petition.

The appeal is dismissed.